UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| JENISA ANGELES, on behalf of herself and all others similarly situated, | : | |
| | : | |
| Plaintiffs, | : | **Index No.:1:20-cv-7084** |
| | : | |
| v. | : | |
| PEEK A BOO USA, INC. | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 22, 2020                                    Respectfully Submitted,

                                                             */s/ Mark Rozenberg*
                                                             *Mark Rozenberg*
                                                             **Stein Saks, PLLC**
                                                             285 Passaic Street
                                                             Hackensack, NJ 07601
                                                             mrozenberg@steinsakslegal.com
                                                             Tel. 201-282-6500
                                                             *Attorneys for Plaintiff*

## Certificate of Service

  I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 22nd day of December, 2020    Respectfully Submitted,

                 */s/ Mark  Rozenberg*
                 Mark Rozenberg, Esq.